

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G.** and Z.A.G., Children

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Missy Medary, Judge Presiding[1]

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the award of attorney's fees against Abelardo G. Gonzalez is REVERSED and we REMAND the case to the trial court solely for a new hearing on Judge Jose Antonio Lopez's motion for sanctions. In all other respects, the trial court's judgment is AFFIRMED.

Because appellant is indigent, we do not assess costs against him.

SIGNED December 23, 2020.

_____
Luz Elena D. Chapa, Justice

---

[1] The Honorable Victor Villarreal, Presiding Judge of County Court at Law No. 2, Webb County, signed the orders dismissing the claims against Officer Nicolas Lichtenberger, Officer Robert Garcia, and Judge Jose Antonio Lopez and awarding sanctions; the Honorable Sid Harle, sitting by assignment, signed the Order in Suit Affecting the Parent-Child Relationship; and the Honorable Missy Medary, sitting by assignment, signed the order disposing of the claims against Deputy Ponce Trevino.